UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL WEBSTER VALENTINE, III,<br><br>Plaintiff,<br>v.<br><br>KELSEY LEIGH GASSELING et al.,<br><br>Defendant. | CASE NO. 3:24-cv-05319-DGE<br><br>ORDER TO DISMISS FOR FAILURE TO PROSECUTE |

On April 26, 2024, Plaintiff filed an application to proceed in forma pauperis along with his complaint. (Dkt. No. 1.) The Court issued a notice of filing deficiency identifying that the IFP's final portion, "Written Consent for Payment of Costs Under local Rule CR3(c)", went unexecuted. (Dkt. Nos. 1, 2.) The Court allowed Plaintiff until May 28, 2024, to correct his IFP application. Plaintiff did not file any such corrected application. The Court ordered Plaintiff to show cause no later than August 29, 2024, why this case should not be dismissed without prejudice for failure to prosecute. (Dkt. No. 3.) Plaintiff did not respond to the Court's order.

The Court therefore dismisses this case without prejudice for failure to prosecute.

ORDER TO DISMISS FOR FAILURE TO PROSECUTE - 1

Dated this 5th day of September, 2024.

David G. Estudillo
United States District Judge

ORDER TO DISMISS FOR FAILURE TO PROSECUTE - 2